IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES CALVIN FRAZIER, #177281, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO.  2:10-cv-0707-TMH |
| ) | WO |
| J. C. GILES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #14) to the Recommendation of the Magistrate Judge filed on November 4, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #13) filed on October 26, 2010 is adopted;

3. The 28 U.S.C. § 2254 petition for habeas corpus relief is DISMISSED without prejudice because Frazier has failed to properly exhaust his state court remedies.

DONE this the 15th   day of December, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE